1   BENJAMIN B. WAGNER
    United States Attorney
2   DOMINIQUE N. THOMAS
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )    D.C. NO. 2-11-CR-450-GEB
                                   )
13      v.                         )    APPLICATION AND ORDER
                                   )    FOR UNSEALING INDICTMENT
14  OLGA PALAMARCHUCK, et al.,     )
                                   )
15          Defendants.            )
    _____)
16

17      On October 20, 2011, the indictment was filed in the above-

18  referenced case.  Since some of the defendants have now been

19  arrested, it is no longer necessary for the indictment to be sealed.

20  The government respectfully requests that the indictment be

21  unsealed.

22  DATED: October 25, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
23
                                   By:/s/ Dominique N. Thomas
24                                     DOMINIQUE N. THOMAS
                                       Assistant U.S. Attorney
25
                                     ORDER
26  SO ORDERED:

27  DATED: October 25, 2011

28
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE