```
                                                    FILED
                                               OCTOBER 25, 2011
        UNITED STATES DISTRICT COURT FOR THE  CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA         CALIFORNIA
                                                                CLERK
```

UNITED STATES OF AMERICA, )
                                    ) Case No. 2:11-cr-00450-GEB
         Plaintiff, )
v. ) ORDER FOR RELEASE OF
                                    ) PERSON IN CUSTODY
PYOTR BONDARUK, )
         Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PYOTR BONDARUK, Case No. 2:11-cr-00450-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    \_\_\_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 10-25-11 at 3:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge