**FILED**
OCTOBER 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PYOTR BONDARUK, )<br>)<br>Defendant. ) | Case No. 2:11-cr-00450-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PYOTR BONDARUK, Case No. 2:11-cr-00450-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

 _X_ Co-Signed Unsecured Appearance Bond

 ___ Appearance Bond with Surety

 _X_ (Other) Conditions as stated on the record.

 ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-25-11  at  3:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge