BENJAMIN B. WAGNER
United States Attorney
Dominique N. Thomas
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-00450 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| OLGA PALAMARCHUK, et al., ) | |
| Defendants. ) | |

On October 25, 2011, the parties attended the defendants' initial appearances and continued the case to December 9, 2011, for a status hearing before Judge Garland E. Burrell. The parties stipulate that the time between October 25, 2011, and December 9, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, this week the United States will provide defense counsel with approximately 3,700 pages of discovery to review. The parties

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATE: November 4, 2011          By:   /s/ Dominique N. Thomas
                                      DOMINIQUE N. THOMAS
                                      Assistant U.S. Attorney


DATE: November 4, 2011                /s/ Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Olga Palamarchuk


DATE: November 4, 2011                /s/ Steve Bauer
                                      STEVE BAUER
                                      Attorney for Pyotr Bondaruk


DATE: November 4, 2011                /s/ Michael Chastaine
                                      MICHAEL CHASTAINE
                                      Attorney for Peter Kuzmenko


DATE: November 4, 2011                /s/Matthew C. Bockman
                                      MATTHEW C. BOCKMAN
                                      Attorney for Vera Zhiry


                                                **SO ORDERED.**

DATED: November 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE