1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VERA ZHIRY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CASE NO. CR. S-11-450 TLN
                                    )
12           Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE AND TO EXCLUDE**
13     v.                            ) **TIME PURSUANT TO THE SPEEDY TRIAL**
                                    ) **ACT**
14                                   )
   OLGA PALAMARCHUK, et al.,        ) Date:  May 9, 2013
15                                   ) Time:  9:30 a.m.
             Defendants.             ) Judge: Troy L. Nunley
16 _____ )

17     Defendant PETER KUZMENKO, by and through his attorney, Michael Chastaine, OLGA

18 PALAMARCHUCK, by and through her attorney Michael Bigelow, PYOTR BONDARUK, by and through

19 his attorney, Dina Santos, VERA ZHIRY, by and through her attorney, Matthew C. Bockmon, the United

20 States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree to

21 continue the status hearing in the above-captioned case from Friday, April 19, 2013 at 9:00 a.m. to Thursday,

22 May 9, 2013 at 9:30 a.m.

23     The reason for this continuance is because this case has been reassigned to Judge Troy L. Nunley

24 pursuant to the Court's order (Doc. 51).

25     It is further stipulated that the time period from April 16, 2013, through and including the date of the

26 new status conference hearing, May 9, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C.

27 §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

28 time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests

1  of the public and the defendant in a speedy trial.

2  Dated:  April 16, 2013

3                                                   Respectfully submitted,

4                                                   JOSEPH SCHLESINGER
Acting Federal Defender

5

6                                                   */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender

7                                                   Attorney for Defendant
VERA ZHIRY

8  Dated: April 16, 2013                    */s/ Matthew C. Bockmon for*

9                                                   MICHAEL BIGELOW
Attorney for Defendant

10                                                  OLGA PALAMARCHUK

11 Dated: April 16, 2013                   */s/ Matthew C. Bockmon for*
DINA SANTOS

12                                                  Attorney for Defendant
PYOTR BONDARUK

13 Dated: April 16, 2013                    */s/ Matthew C. Bockmon for*

14                                                  MICHAEL CHASTAINE
Attorney for Defendant

15                                                  PETER KUZMENKO

16

17 Dated:  April 16, 2013                  BENJAMIN B. WAGNER
United States Attorney

18                                                  */s/ Matthew C. Bockmon for*
R. STEVEN LAPHAM

19                                                  Assistant U.S. Attorney
Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 18, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, April 19, 2013, be vacated and that the case be set for **Thursday, May 9, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 18, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from April 16, 2013, through and including May 9, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 18, 2013

Troy L. Nunley
United States District Judge