**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Olga Palamarchuk

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-11-450 TJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS |
| vs. | Date: November 21, 2013 |
| | Time: 9:30 AM |
| | Court: TLN |
| OLGA PALAMARCHUK PYOTR BONDARUK PETER KUZMENKO BERA ZHIRY | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through respective counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on August 29, 2013.

2.   By this stipulation, defendants now move to continue the status conference until November 21, 2013, at 9:30 a.m., and to exclude time between August 29, 2013 and November 21, 2013

-1-

under Local Code T4. Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

a.   This is a complicated, multi defendant mortgage fraud case. The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form in excess of 3,500 pages, all which has been either produced directly to counsel and/or made available for inspection and copying.

b.   Counsel for defendants desires additional time to review documents and to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

c.   Counsel for each of the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   The government does not object to the continuance.

e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2013 to November 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


DATED: August 26, 2013          Respectfully submitted


                                /S/MICHAEL  B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Olga Palamarchuk

**IT IS SO STIPULATED**

/S/LEE BICKLEY, Esq.,
Lee Bickley, Esq.,                    Dated: August 26, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,          Dated: August 26, 2013
Michael B. Bigelow
Attorney for Defendant
Olga Palamarchuck


/S/Michael Chastaine, Esq.,           Dated: August 26, 2013
MICHAEL CHASTAINE, Esq.,
Attorney for Defendant
Peter Kuzmenko


/S/, Mathew Bockman, Esq.,            Dated: January 17, 2013
MATHEW BOCKMAN, Esq.,
Attorney for Defendant
Vera Zhiry


/S/, DINA SANTOS, Esq.,               Dated: August 26, 2013
Dina Santos, Esq.,
Attorney for Defendant
Pytor Bondaruk

**ORDER**

    **IT IS ORDERED**: that pursuant to stipulation the above

referenced matter shall be continued until November 21, 2013 at

9:30 AM, and time excluded for the reasons set forth above.

Dated: August 26, 2013

                                        _____
                                        Troy L. Nunley
                                        United States District Judge