1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   HEIKO COPPOLA
3  Special Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

**FILED**

**JUN 2 6 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8                     IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:11-CR-450 TLN

12                        Plaintiff,       **ORDER PURSUANT TO**
                                           **18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY**
13                  v.                     **AND REQUIRING TESTIMONY – VALENTINA**
                                           **MELNIK**
14  OLGA PALAMARCHUK, ET AL.

15                       Defendants.

16

17

18        NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Valentina Melnik

19  give testimony or provide other information which she refuses to give or to provide information with

20  respect to her knowledge concerning the purchase of homes and loan applications submitted to lending

21  institutions in connection with  the charged fraud scheme in the above-referenced case, in this case on

22  the basis of her privilege against self-incrimination as to all matters about which she may be asked to

23  testify in this trial.

24        IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25  or any information directly or indirectly derived from such testimony or other information, shall be used

26  against Valentina Melnik in any criminal case, except that Valentina Melnik shall not be exempted by

27  this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

28

1  failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.

2  § 6002.

3      IT IS SO ORDERED.

4      DATED: _____June 26_____, 2015

6                                     HON. TROY L. NUNLEY

7                                     United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                    *Washington, D.C. 20530*

**MAY 2 8 2015**


The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:    Lee S. Bickley
              Assistant U.S. Attorney

Re: *United States v. Olga Palamarchuk, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Valentina Melnik to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.


                         Sincerely,


                         Leslie R. Caldwell
                         Assistant Attorney General



                         **DAVID BITKOWER**
                         **DEPUTY ASSISTANT ATTORNEY GENERAL**
                         **CRIMINAL DIVISION**