1  BENJAMIN B. WAGNER
United States Attorney
2  LEE S. BICKLEY
HEIKO COPPOLA
3  Special Assistant United States Attorney
501 I Street, Suite 10-100
4  Sacramento, CA 95814
Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
United States of America

7



**FILED**

**JUN 26 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:11-CR-450 TLN

12                          Plaintiff,    **ORDER PURSUANT TO
                                          18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
13                 v.                     AND REQUIRING TESTIMONY – VASILIY
                                          MELNIK**
14  OLGA PALAMARCHUK, ET AL.

15                          Defendants.

16  _____

17

18       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Vasiliy Melnik give

19  testimony or provide other information which he refuses to give or to provide information with respect

20  to his knowledge concerning the purchase of homes and loan applications submitted to lending

21  institutions in connection with  the charged fraud scheme in the above-referenced case, in this case on

22  the basis of his privilege against self-incrimination as to all matters about which he may be asked to

23  testify in this trial.

24       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25  or any information directly or indirectly derived from such testimony or other information, shall be used

26  against Vasiliy Melnik in any criminal case, except that Vasiliy Melnik shall not be exempted by this

27  order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

28

Order re: Immunity and Requiring Testimony            1

1   comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

2      IT IS SO ORDERED.

3      DATED: ___6/26___, 2015

4

5                                              HON. TROY L. NUNLEY
6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re: Immunity and Requiring Testimony          2

**<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Criminal Division

*Assistant Attorney General*                    *Washington, D.C. 20530*

JAN 09 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:   David J. Ward, Lee Bickley, and Michael D. Anderson
             Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Vasily Melnik to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

PAUL M O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION