BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0450 TLN |
| Plaintiff, | STIPULATION OF THE PARTIES EXTENDING OPPOSITION FILING DEADLINE AND ORDER |
| v. | COURT: Honorable Troy L. Nunley |
| OLGA PALAMARCHUK ET.AL., | |
| Defendant. | |

**STIPULATION**

1. On July 24, 2015, defendant Olga Palamarchuk filed a "Motion for Acquittal Pursuant to Rule 29 and Motion for New Trial Pursuant to Rule 33." (ECF 226). Co-defendants Peter Kuzmenko and Vera Zhiry joined defendant Palamarchuk's motion. (ECF 227 and 228). Defendant Bondaruk neither filed his own motion under Rule 29 and/or Rule 33 nor did he join defendant Palamarchuk's motion.

2. Pursuant to Eastern District of California Local Rule 430.1(d) oppositions must be filed within 7 days of the motion. The current due date for the United States' opposition to defendant Palamarchuk's motion is July 31, 2015.

3. Defendant Palamarchuk's motion for acquittal and new trial raises issues that require further research and review of the evidence presented at trial that cannot be completed within the 7 day period contemplated by Rule 430.1(d). The United States requests a two week extension of time to August 14,

1 | 2015 in order to file its opposition.

4. Counsel for defendants Palamarchuk, Kuzmenko and Zhiry have no objection to the United States' request for a two week extension to August 14, 2015 to file its opposition.

5. It is so stipulated.

Respectfully submitted,

Dated:  July 29, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *HEIKO P. COPPOLA*
HEIKO P. COPPOLA
Assistant United States Attorney

/s/ *MICHAEL BIGELOW*
MICHAEL BIGELOW
Attorney for Defendant Olga Palamarchuk

/s/ *MICHAEL CHASTAINE*
MICHAEL CHASTAINE
Attorney for Defendant Peter Kuzmenko

/s/ *KEITH STATEN*
KEITH STATEN
Attorney for Defendant Vera Zhiry

**ORDER**

IT IS SO ORDERED this day 29th of July, 2015.  The United States shall file its opposition to defendant Palamarchuk's motion for acquittal and new trial, as joined by defendants Kuzmenko and Zhiry by August 14, 2015.

_____
Troy L. Nunley
United States District Judge

STIPULATION OF THE PARTIES

2