BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLGA PALAMARCHUK, ET AL., <br><br> Defendants. | CASE NO. 2:11-CR-450 TLN <br><br> STIPULATION REGARDING ALL DEFENDANTS' RULE 29 AND RULE 33 MOTION AND SENTENCING OF DEFENDANTS ZHIRY AND BONDARUK; ORDER <br><br> DATE: October 22, 2015 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. The defendants' motion for acquittal pursuant to rule 29 and motion for a new trial pursuant to Rule 33 was noticed for October 1, 2015.

2. By previous order, the judgment and sentencing date for defendants Vera Zhiry and Pyotr Bondaruk was set for October 1, 2015.

3. By this stipulation, the defendants now move to continue the date their Rules 29 and 33 motion will be heard until October 22, 2015. That is the date set for the judgment and sentencing of defendants Olga Palamarchuk and Peter Kuzmenko.

4. Defendants Vera Zhiry and Pyotr Bondaruk also move to continue their judgment and sentencing dates until October 22, 2015. Counsel for defendant Zhiry is in trial and will be in trial on October 1, 2015. Counsel for defendant Pyotr Bondaruk needs more time.

5. The United States has informed the parties that absent extremely good cause, the United

States will not agree to any further continuances of the judgment and sentencing dates.

    6.    The parties agree and stipulate, and request that the Court find the following:

        a)    The date when the defendants' Motion for Acquittal Pursuant to Rule 29, and Motion for New Trial Pursuant to Rule 33 will be heard is continued until October 22, 2015, at 9:30 a.m.

        b)    The date for judgment and sentencing of Vera Zhiry and Pyotr Bondaruk is continued until October 22, 2015, at 9:30 a.m..

IT IS SO STIPULATED.

Dated:  September 24, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated:  September 24, 2015

/s/ Keith Staten
KEITH STATEN
Counsel for Defendant
Vera Zhiry

Dated:  September 24, 2015

/s/ Dina Santos
DINA SANTOS
Counsel for Defendant
Pyotr Bondaruk

Dated:  September 24, 2015

/s/ Michael Bigelow
MICHAEL BIGELOW
Counsel for Defendant
Olga Palamarchuk

Dated:  September 24, 2015

/s/ Michael Chastaine
MICHAEL CHASTAINE
Counsel for Defendant
Peter Kuzmenko

STIPULATION RE: CONTINUANCES

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2015.

                                        Troy L. Nunley
                                        United States District Judge