Tim Warriner
428 J Street, Suite 350
Sacramento, CA 95814
916-443-7171
Email: tew@warrinerlaw.com

Attorney for Appellant
Pyotr Bondaruk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff/Appellee,<br>v.<br><br>PYOTR BONDARUK,<br><br>       Defendant/Appellant. | 2:11-cr-00450-TLN<br><br>SUBSTITUTION OF<br>COUNSEL ORDER |

Timothy Warriner is appointed pursuant to the Criminal Justice Act for the purposes of appeal to the Ninth Circuit Court of Appeals. Ms. Santos will remain appointed for the limited purpose of handling any restitution matters in this court.

Dated: October 23, 2015

Troy L. Nunley
United States District Judge