MCGREGOR SCOTT
United States Attorney
LEE S. BICKLEY
HEIKO COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>OLGA PALAMARCHUK, et al.,<br><br>                        Defendants. | CASE NO. 2:11-CR-0450 TLN<br><br>STIPULATION REGARDING DUE DATE FOR UNITED STATES' OPPOSITION TO MOTION FOR BAIL PENDING APPEAL<br><br>DATE: August 23, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The defendant filed a Motion for Bail Pending Appeal on June 28, 2018, and noticed argument on this matter for August 23, 2018.

2.      The United States' opposition is due on July 5, 2018, seven days after the filing of defendant's motion.

3.      The United States represents that it needs additional time to research the many issues raised in the defendant's motion.  In addition, counsel for the United States is currently working on a multi-defendant Ninth Circuit brief in another case and has a pre-planned vacation.

4.      By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion for bail pending

appeal is extended to August 16, 2018.

    5.    It is anticipated that the matter will be submitted on the pleadings, but either party may request a hearing.

    IT IS SO STIPULATED.

Dated:  June 29, 2018

MCGREGOR SCOTT  
United States Attorney

/s/ LEE S. BICKLEY  
LEE S. BICKLEY  
Assistant United States Attorney

Dated:  June 29, 2018

/s/ LEE S. BICKLEY FOR  
MICHAEL B. BIGELOW  
Counsel for Defendant  
Olga Palamarchuk

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of June, 2018.

Troy L. Nunley  
United States District Judge

STIPULATION EXTENDING TIME FOR  
OPPOSITION TO MOTION FOR BAIL

2