MCGREGOR SCOTT
United States Attorney
LEE S. BICKLEY
HEIKO COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PYOTR BONDARUK, et al.,<br><br>Defendants. | CASE NO. 2:11-CR-0450 TLN<br><br>STIPULATIONS AND ORDER REGARDING BONDARUK'S MOTION FOR RELEASE PENDING APPEAL<br><br>DATE: September 20, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant Pyotr Bondaruk's counsel of record, hereby stipulate as follows:

1. The defendant Pyotr Bondaruk filed a Motion for Bail Pending Appeal on August 16, 2018, and noticed argument on this matter for September 20, 2018.

2. The United States' opposition is due on August 23, 2018, seven days after the filing of defendant's motion.

3. The United States represents that it needs additional time to research the many issues raised in the defendant's motion.

4. By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion for bail pending appeal is extended to November 29, 2018.

STIPULATION EXTENDING TIME FOR
OPPOSITION TO MOTION FOR BAIL

1

5. Defendant's reply will be due on December 6, 2018.

6. The September 20, 2018, date should be vacated, and this matter will be heard on December 13, 2018, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 21, 2018

MCGREGOR SCOTT
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: August 21, 2018

/s/ LEE S. BICKLEY FOR
TIMOTHY E. WARRINER
Counsel for Defendant
Pyotr Bondaruk

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of August, 2018.

Troy L. Nunley
United States District Judge