**FILED**
January 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PYOTR BONDARUK,<br><br>    Defendant. | Case No. 2:11-CR-00450-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>PYOTR BONDARUK</u>, Case No. <u>2:11-CR-00450-TLN</u> Charges <u>18 U.S.C. § 1349, 18 U.S.C. § 1014, and 18 U.S.C. § 1957</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other): <u>Released pending disposition of appeal. The Defendant shall appear before a Magistrate Judge</u>

         X   <u>within 48 hours of his release and shall remain on the same conditions that were previously established for his pretrial release until such time.</u>

Issued at Sacramento, California on January 18, 2019.

By: _____
District Judge Troy L. Nunley