Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Pyotr Bondaruk

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00450 TLN |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | |
| PYOTR BONDARUK, ) | |
| ) Defendants. ) | |

On January 23, 2019, Mr. Bondaruk was ordered released on a $100,000 collateral bond secured by specified property. A deed of trust securing Mr. Bondaruk's release has been provided to his brother, the owner of the subject property. Additional time is needed to get the deed of trust notarized and recorded. Therefore, the parties stipulate that the secured bond paperwork be submitted by February 13, 2019.

DATED: February 6, 2019 /s/ Timothy E. Warriner, Attorney for Defendant, Pyotr Bondaruk

DATED: February 6, 2019 /s/ Lee S. Bickley, Assistant U.S.Attorney

1

## ORDER

Pursuant to the above stipulation, the secured bond paperwork shall be submitted by February 13, 2019.

Dated: February 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE