Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Pyotr Bondaruk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00450 TLN |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs. | |
| PYOTR BONDARUK, | |
| Defendants. | |

On January 23, 2019, Mr. Bondaruk was ordered released on a $100,000 collateral bond secured by specified property. The deed of trust has been submitted for recording. Additional time is needed to complete the recording of the deed of trust. Therefore, the parties stipulate that the secured bond paperwork be submitted by February 27, 2019.

DATED: February 20, 2019 /s/ Timothy E. Warriner, Attorney for Defendant, Pyotr Bondaruk

DATED: February 20, 2019 /s/ Lee S. Bickley, Assistant U.S.Attorney

## ORDER

Pursuant to the above stipulation, the secured bond paperwork shall be submitted by February 27, 2019.

DATED: February 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE