Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Pyotr Bondaruk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PYOTR BONDARUK,<br><br>  Defendants. | Case No. 2:11-cr-00450 TLN<br><br>STIPULATION AND ORDER SETTING RESENTENCING HEARING |

In an amended memorandum dated December 9, 2019, the 9th Circuit Court of Appeals vacated Mr. Pyotr Bondadruk's sentence and remanded for resentencing "considering the factors relevant to a minor role adjustment under Sentencing Guidelines § 3B1.2(b), comment, n 3(c)."

The mandate having been issued on December 17, 2020, the parties hereby stipulate and agree that Mr. Pyotr Bondaruk's matter be set for resentencing on April 22, 2021 at 9:30 a.m. It is further stipulated that the United States Probation Officer is to prepare a supplement to the presentence investigation report.

DATED: January 25, 2021               /s/ Timothy E. Warriner, Attorney for
                                       Defendant, Pyotr Bondaruk

DATED: January 25, 2021      /s/ Lee S. Bickley, Assistant U.S.Attorney

## ORDER

Pursuant to the above stipulation, this matter is set for a resentencing hearing on April 22, 2021 at 9:30 a.m. The United States Probation Officer is to prepare a supplement to the presentence investigation report in advance of the hearing.

DATED: January 25, 2021

Troy L. Nunley
United States District Judge