Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Pyotr Bondaruk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00450 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER SETTING RESENTENCING HEARING |
| vs. | ) |
| PYOTR BONDARUK, | ) |
| Defendants. | ) |

The parties hereby stipulate and agree that Mr. Pyotr Bondaruk's matter be set for resentencing on June 3, 2021 at 9:30 a.m. It is further stipulated that the court adopt the following briefing schedule: defendant's sentencing brief due May 14; government's responding brief due May 21; defendant's optional reply due May 28.

DATED: April19, 2021          /s/ Timothy E. Warriner, Attorney for
                              Defendant, Pyotr Bondaruk

DATED: April 19, 2021         /s/ Lee S. Bickley, Assistant
                              U.S.Attorney

## **ORDER**

Pursuant to the above stipulation, this matter is set for a resentencing hearing on June 3, 2021 at 9:30 a.m. The court adopts the briefing schedule pursuant to the above stipulation of the parties.

DATED: April 19, 2021

Troy L. Nunley
United States District Judge