Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Pyotr Bondaruk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00450 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING DATE FOR SELF-SURRENDER |
| vs. | ) |
| PYOTR BONDARUK, | ) |
| Defendants. | ) |

The parties, through their respective counsel, hereby stipulate that the current date for self-surrender, August 2, 2021, be extended to August 16, 2021, at 2:00 p.m.

DATED: July 30, 2021            /s/ Timothy E. Warriner, Attorney for
                                Defendant, Pyotr Bondaruk

DATED: July 30, 2021            /s/ Lee S. Bickley, Assistant
                                U.S.Attorney

### ORDER

Pursuant to the above stipulation, the court extends the date for self-surrender to August 16, 2021, at 2:00 p.m. Mr. Bondaruk is to self-surrender for

service of sentence on that date at the institution designated by the Bureau of Prisons, or if no institution is designated, to the United States Marshal.

DATED: August 2, 2021

                                                                  Troy L. Nunley
                                                                  United States District Judge