Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Pyotr Bondaruk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PYOTR BONDARUK,<br><br>    Defendant. | Case No. 2:11-cr-00450-TLN<br><br>STIPULATION AND ORDER FOR EXONERATION OF BOND |

On March 1, 2019, Mr. Bondaruk posted a $100,000 bond secured by real property. Docket Entry 402. The deed of trust securing Mr. Bondaruk's release was thereafter lodged with the court. Docket Entry 404.

After resentencing following remand by the Ninth Circuit, Mr. Bondaruk self-surrendered to serve his sentence on August 16, 2021. He is now serving sentence pursuant to the order of the court.

Therefore, it is requested that the secured bond be exonerated and that the Court reconvey the security interest, to wit, the deed of trust.

DATED: October 26, 2021                 /s/ Timothy E. Warriner, Attorney for Defendant,
                                        Pyotr Bondaruk

DATED: October 26, 2021          /s/ Lee Bickley, Assistant U.S. Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interest, to wit, the deed of trust.

Dated:   October 26, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE